

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez,
Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Robert Cadena, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file their reply brief is GRANTED. Appellants' reply brief is due twenty days after appellee files an amended appellee's brief or March 16, 2015, whichever is earlier. Appellants' request to review the sealed record is GRANTED. From present until March 16, 2015, Appellants may appear in person at the Fourth Court of Appeals to review the sealed appellate record.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court